FILED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA 2012 FEB 27 P 2: 21
___ALEXANDRIA___ DIVISION
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

ContentGuard Holdings, Inc.

vs.                                   Civil/Criminal Action No. _1:12CV206_

ZTE Corp. and ZTE (USA) Inc.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ContentGuard Holdings, Inc. in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

Pendrell Corporation (parent)

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

2/27/2012
Date

Signature of Attorney or Litigant
Counsel for ContentGuard Holdings, Inc.

Craig C. Reilly, Esq.
111 Oronoco Street
Alexandria, Virginia 22314

Rev. 7/14/04