# MINUTES OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Case Name: | **ContentGuard Holdings, Inc. v. ZTE Corp., et al** | Case Number: | **12cv1226-CAB (MDD)** |

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr. Tape:

Presently before the Court is Defendant's motion to stay pending a decision on petitions for inter partes review of the patents in suit and any proceedings instituted by the PTO [Doc. No. 98.] The court finds the motion suitable for submission without oral argument pursuant to Local Civil Rule 7.1(d)(1). Accordingly, the hearing on the motion, currently set for March 28, 2013, is hereby **VACATED.**

**IT IS SO ORDERED.**

Date:     March 25, 2013

Initials: bfg