Michael I. Neil (SBN 40057)
Hugh A. McCabe (SBN 131828)
NEIL, DYMOTT, FRANK, MCFALL & TREXLER APLC
1010 Second Avenue, Suite 2500
San Diego, California 92101
Telephone:  (619) 238-2240
Facsimile:  (619) 238-1562

Gregory S. Arovas (*pro hac vice*)
Todd M. Friedman (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022-4675
Telephone:  (212) 446-4800
Facsimile:  (212) 446-6460

Attorneys for Plaintiff
*ContentGuard Holdings, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ContentGuard Holdings, Inc., <br><br> *Plaintiff,* <br><br> v. <br><br> ZTE Corporation and ZTE (USA) Inc., <br><br> *Defendants.* | Case No. 3:12-cv-01226-CAB-MDD <br><br> DEMAND FOR JURY TRIAL <br><br> **PLAINTIFF CONTENTGUARD HOLDINGS, INC.'S NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff ContentGuard Holdings, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against all defendants.

/ / /

/ / /

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14

| Dated: December 17, 2013 | Respectfully submitted, |
|---|---|
| | By: /s/ Hugh A. McCabe |
| | Hugh A. McCabe (SBN 131828) |
| | Michael I. Neil (SBN 40057) |
| | NEIL, DYMOTT, FRANK, MCFALL & TREXLER APLC |
| | 1010 Second Avenue, Suite 2500 |
| | San Diego, California 92101 |
| | Telephone:  (619) 238-2240 |
| | Facsimile:  (619) 238-1562 |
| | |
| | Gregory S. Arovas (*pro hac vice*) |
| | greg.arovas@kirkland.com |
| | Todd M. Friedman (*pro hac vice*) |
| | todd.friedman@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| | 601 Lexington Avenue |
| | New York, NY 10022-4675 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-6460 |
| | |
| | **ATTORNEYS FOR PLAINTIFF CONTENTGUARD HOLDINGS, INC.** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28